UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | AFFIRMATION IN |
| | | SUPPORT OF AN |
|   - v. - | : | ORDER OF CONTINUANCE |
| | | |
| LUIS GUSTAVO TAVAREZ, | : | 14 Mag. 1160 |
|              Defendant. | | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK            )
COUNTY OF NEW YORK           :  ss.:
SOUTHERN DISTRICT OF NEW YORK )

ALEXANDER J. WILSON, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1.   I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York.   I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

2.   The defendant was arrested on May 30, 2014, and charged with violations of Title 18, United States Code, Sections 1029 and 1028A in a complaint dated May 27, 2014.   The defendant was presented before Magistrate Judge Debra Freeman on May 30, 2014, at which time bail conditions were set. The

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 3 0 2014

defendant was represented at that proceeding by Jennifer Brown, Esq.  The defendant was released after satisfying his bail conditions on June 6, 2014.

3.   Under the Speedy Trial Act, the Government has until June 30, 2014 to file an indictment or information. Defense counsel and I have had discussions and communications regarding a possible disposition in this case, but the negotiations have not been completed.  We plan to continue our discussions, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on June 30, 2014.

4.   Therefore, the Government is requesting a 30-day continuance until July 30, 2014, to continue the foregoing discussions and reach a disposition of this matter.  On June 18, 2014, I spoke with Jennifer Brown, Esq., and she consented to this request on behalf of her client.

5.   For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

I declare under penalties of perjury that the
foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated:   New York, New York
         June 27, 2014

ALEXANDER J. WILSON
Assistant United States Attorney